## OFFICE OF THE FEDERAL PUBLIC DEFENDER
### DISTRICT OF MARYLAND

6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Phone: 301-344-0600
Fax:   301-344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

EBISE BAYISA
ASSISTANT FEDERAL PUBLIC DEFENDER

January 2, 2014

**VIA FACSIMILE**

Honorable William Connelly
United States District Court for the
   District of Maryland
United States Courthouse
6500 Cherrywood Lane, 335A
Greenbelt, MD 20770

GRANTED, this 3rd day of January, 2014

_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

Re:   *United States v. Grant Klein*
      Crim. No. 13-WC-02270

Dear Judge Connelly:

   This letter will confirm that Grant Klein, through undersigned counsel, consents to a 60-day continuance of time (from January 3, 2014) within which to hold a preliminary hearing or file an information or indictment. Mr. Klein therefore waives his right under Rule 5.1 of the Federal Rules of Criminal Procedure, to have a preliminary hearing conducted before January 3, 2014, as well as his right under 18 U.S.C. § 3161(b) to have any indictment or information resulting from the charge against the defendant filed before January 12, 2014. In the event that it becomes necessary to reschedule the preliminary hearing, defense counsel will notify the appropriate duty Magistrate Judge.

   If you have any questions, please do not hesitate to contact me.

Respectfully Submitted,

Ebise Bayisa
Assistant Federal Public Defender

cc:   LisaMarie Freitas, Esq.
      Grant Klein